# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07cr61-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| EMMANUEL ELLIS KELLER, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's letter (#583) requesting appointment of new counsel. The court can find no basis for allowing the request as counsel has filed an extensive sentencing memorandum accompanied by substantial exhibits well in advance of the hearing, all of which the court is in the process of considering. As far as defendant's request to be transferred back to the district to meet with counsel, it appears that defendant is presently at Butner Low, which is a short drive from Charlotte, and defense counsel is authorized to travel to such location for purposes of preparing for resentencing.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's letter, deemed to be a Motion for New Counsel (#583), is **DENIED**.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge