# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:07cr61

V.

ORDER

EMMANUEL ELLIS KELLER

**THIS MATTERIS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No,868 ) Motion for Early Termination of Probation/Supervised Release.

It is the rule of this Court that the Court receive information from Probation and/or the United States Attorney's Office as to granting or denying Early Termination of Probation/Supervised Release. Since information has not been receive this motion (Doc. No 868) is denied.

**IT IS THEREFORE ORDERED** that the defendant's request for Early Termination of Probation/Supervised Release (Doc No. ) is hereby **DENIED.**

Signed: November 1, 2021

Frank D. Whitney
United States District Judge